MAR 27 2018

Civil Case No. 4:18-cv-00215

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| Malibu Media, LLC | § | United States District Court |
| | § | Southern District of Texas |
| | § | |
| V. | § | COURT DESIGNATION |
| | § | |
| John Doe, subscriber assigned IP address 70.140.116.162 | § | Harris COUNTY, TEXAS |

## MOTION TO QUASH SUBPOENA

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Joe Doe, subscriber assigned to IP address 70.140.116.162, AT&T Uverse Customer, the Defendant in the above styled and numbered cause and files this his/her motion to quash and dismiss the subpoena pending against him/her and for cause would show the Court as follows:

The Defendant does not want the provider, AT&T Internet Services to release and identify name and address of defendant and asked to remain private. Defendant respectfully requests the subpoena should be quashed and dismissed.

Respectfully Submitted,

*[signature]*

I don't have an attorney
I am representing myself

_____
Attorney Name
State Bar Number
Address
City, State, Zip
Phone