**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 70.140.116.162**

**ISP:** AT&T Internet Services
**Physical Location:** Cypress, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/16/2018 06:02:06 | A4B7695E46A9FDCD37505160B8624D8B74BBF384 | Cum For A Ride |
| 11/04/2017 03:50:33 | 1305AF2893533555B290B3DC36AFE22AEEF38DB6 | Sex In The Summertime |
| 11/04/2017 03:50:28 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 03/06/2016 04:44:06 | 5241A3DBB2249475FD1F615AEEA456DBC84E9F99 | Twice as Nice |
| 02/19/2016 04:55:25 | 2DEEC4AEBA574E85225418E7AF3878EFE0A9F8B6 | A Night In Vegas |
| 01/18/2016 04:51:54 | 5E80BFEDD33AA4787510547E9FFC479E2CF40787 | Sexy Summer Camp |
| 01/12/2016 05:30:13 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 12/25/2015 23:24:12 | C0F08B3004BBB90125F4CB7F650A26AE0EBE34E3 | Black Widow |
| 12/13/2015 17:19:48 | 7E6C8FCFA487A31E2A49A92745D360A90E48C834 | Best Friends With Benefits |
| 12/08/2015 02:35:14 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 12/08/2015 02:34:44 | E17E8F301F1614E7CFCF8A21875DCB187C63117C | A Deep Awakening |
| 11/14/2015 05:02:24 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 11/12/2015 04:39:37 | 9AB9E7FC3FF3F0D615079B6B658B974A0CFC0A76 | Triple Play |
| 10/02/2015 03:13:12 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

STX86