United States Courts
Southern District of Texas
FILED
JAN 09 2019
David J. Bradley, Clerk of Court

Civil Case No. 4:18-cv-00215

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | United States District Court |
|    Plaintiff, | § | Southern District of Texas |
| | § | |
| v. | § | COURT DESIGNATION |
| | § | |
| LANANH NGUYEN, | § | Harris COUNTY, TEXAS |
|    Defendant. | | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Lananh Nguyen subscriber assigned to IP address 70.140.116.162, AT&T Uverse Customer, the Defendant in the above styled and numbered cause and files this her motion to dismiss the subpoena pending against her and for cause would show the Court as follows:

The Defendant requests to dismiss the case because the charge alleging that Defendant copied and distributed one or more of Plaintiff's copyrighted works is false and untrue. Defendant respectfully requests the summons should be quashed and dismissed.

Respectfully Submitted,

_____

Lananh Nguyen
17930 Cypress Rosehill Road
Cypress, TX 77429
lananh87nguyen@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Dismiss Indictment was served at the courthouse for the State on ___January 09___, 2019.

Lananh Nguyen
17930 Cypress Rosehill Road
Cypress, TX 77429
lananh87nguyen@gmail.com