United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0215 |
| | § | |
| LANANH NGUYEN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the court is Plaintiff's Motion for Default Final Judgment (Doc. 50). There is no indication in the record that Plaintiff has complied with Local Rule 5.5, which requires that motions for default judgment "be served on the defendant-respondent by certified mail (return receipt requested)." Accordingly, Plaintiff has fourteen days from the date of this order to comply with Local Rule 5.5 before the court will consider the motion.

**SIGNED** in Houston, Texas, this 5th day of March, 2019.

_____
U.S. MAGISTRATE JUDGE