IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Malibu Media LLC,** | § | |
| | § | |
| **Plaintiff** | § | |
| v. | § | **CIVIL NO. H-18-215** |
| | § | |
| **John Doe, et al** | § | |
| | § | |
| **Defendants** | | |

## NOTICE OF CANCELLATION

The Scheduling Conference set for 03.14.19 at 11:00 AM is **CANCELLED.**

Date: 03.13.19         Shannon Jones
                       Case Manager to Magistrate Judge Nancy Johnson
                       Post Office Box 61010
                       Houston, Texas 77208
                       (713)250-5703